**No. 65551.**—American Bitumuls & Asphalt Co. et al. *v.* United States, protests 58/15956, etc. (Savannah).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the

merchandise consists of cutback asphalt the same in all material respects as that the subject of *American Bitumuls & Asphalt Co.* v. *United States* (45 Cust. Ct. 1, C.D. 2188), the claim of the plaintiffs was sustained.